McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David L. Emerzian, #222930
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TANYA TOVAR dba ROSA LINDA'S FINE MEXICAN CUISINE; ANTHONY LAMBETECCHIO, aka ANTHONY LAMBE,<br><br>　　　　　Defendants. | Case No. 1:17-CV-00315-LJO-EPG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Defendants TANYA TOVAR dba ROSA LINDA'S FINE MEXICAN CUISINE; ANTHONY LAMBETECCHIO, aka ANTHONY LAMBE, shall have an extension of time, to and including June 5, 2017, to respond to Plaintiff RACHEL BRYANT's Complaint.

A Court Order is required as the extension exceeds twenty-right (28) days. A Court Order will not affect any date or event set by the Court Order, including the scheduling conference. This extension is sought to afford the parties an opportunity to explore settlement.

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON

| | | |
|---|---|---|
| Dated: April 11, 2017 | | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: | /s/ David L. Emerzian |
| | | David L. Emerzian |
| | | Attorneys for Defendants |

Dated: April 11, 2017                    MISSION LAW FIRM, P.C.

By: /s/ Zachary Best
Tanya E. Moore
Zachary Best
Attorneys for Plaintiff RACHEL BRYANT

51321-00004 4425265.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON

**ORDER**

Pursuant to stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendants TANYA TOVAR dba ROSA LINDA'S FINE MEXICAN CUISINE; and ANTHONY LAMBETECCHIO, aka ANTHONY LAMBE shall have an extension of time to and including **June 5, 2017** to respond to Plaintiff RACHEL BRYANT's Complaint.

IT IS SO ORDERED.

Dated: **April 12, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON