Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>TANYA TOVAR dba ROSA LINDA'S FINE MEXICAN CUISINE, et al.,<br><br>    Defendants. | No. 1:17-cv-00315-LJO-EPG<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

**WHEREAS,** Plaintiff Rachel Bryant ("Plaintiff"), and Defendants, Tanya Tovar dba Rosa Linda's Fine Mexican Cuisine and Anthony Lambetecchio aka Anthony Lambe ("Defendants," and together with Plaintiff, "the Parties"), previously entered into a stipulation granting Defendants to and including June 5, 2017 to file responsive pleadings in this matter (Dkt. 7);

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for June 13, 2017 (Dkt. 4);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts, and to conserve Court resources;

Page 1

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 13, 2017 to a date at the Court's convenience on or after July 13, 2017. The Parties additionally stipulate to a further extension of time for Defendants' responsive pleadings, such that the responsive pleadings be filed on or before July 5, 2017.

Dated: June 1, 2017              MISSION LAW FIRM, A.P.C.

                                                 */s/ Zachary M. Best*
                                                 Zachary M. Best
                                                 Attorneys for Plaintiff,
                                                 Rachel Bryant

Dated: June 1, 2017              McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP

                                                 */s/ David L. Emerzian*
                                                 David L. Emerzian
                                                 Attorneys for Defendants,
                                                 Tanya Tovar dba Rosa Linda's Fine
                                                 Mexican Cuisine and Anthony
                                                 Lambetecchio aka Anthony Lambe

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the time within which Defendants, Tanya Tovar dba Rosa Linda's Fine Mexican Cuisine and Anthony Lambetecchio aka Anthony Lambe, must file their responsive pleadings is extended to and including July 5, 2017. The Mandatory Scheduling Conference currently set for June 13, 2017 is continued to July 24, 2017 at 9:00 am in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**June 5, 2017**__  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE